UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor,

          Plaintiff,

      v.

STATE OF WASHINGTON
DEPARTMENT OF SOCIAL AND
HEALTH SERVICES,

          Defendant.

CASE NO. C08-5479 BHS

ORDER RE: SETTLEMENT
CONFERENCE – April 20, 2010

This matter has been referred to the Honorable J. Richard Creatura for purposes of conducting a settlement conference. This settlement conference and is now scheduled for **Tuesday, April 20, 2010**, commencing at **9:30 a.m.** in Courtroom D.

The parties are ORDERED to submit to this Court's chambers, but not file, a settlement memo no later than April 16, 2010 at 5:00 p.m. The settlement memo shall be no longer than ten (10) pages, double-spaced. The parties are allowed to submit attachments to the memo, but are encouraged to only include those attachments critical to the explanation provided in the memo. The memos are to be exchanged between the parties and, at a minimum, include: (1) the last

ORDER - 1

1  demand and offer exchanged between the parties, (2) the status of any outstanding discovery
2  issues; (3) the status of any outstanding motions.  These materials may be emailed to
3  sandy_claggett@wawd.uscourts.gov or delivered to the Clerk's Office, U.S. Courthouse, 1717
4  Pacific Avenue, Tacoma, Washington 98402.
5
6      Parties are instructed to bring a person with authority to settle the case on the date of the
7  scheduled settlement conference.
8      Dated this 26th day of March, 2010.

         /s/ J. Richard Creatura
         J. Richard Creatura
         United States Magistrate Judge

ORDER - 2